[No. 56133-2-I.   Division One.   February 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLLIOUNE MARIE WHEATLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00020-0, Gregory P. Canova, J., entered April 5, 2005. *Reversed* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Agid, J.

[No. 56993-7-I.   Division One.   February 11, 2008.]

PETER YAGI, *Individually and on Behalf of a Corporation, Respondent*, v. JOHN CUNNINGHAM ET AL., *Defendants*, RONALD S. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-12600-4, Andrea A. Darvas, J., entered August 29, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 57256-3-I.   Division One.   February 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON EDWARD BUTSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00212-0, Ellen J. Fair, J., entered November 8, 2005. *Affirmed* by unpublished per curiam opinion.